**From:** InterDistrictTransfer_NVD/NVD/09/USCOURTS
*Sent by:  Justin Matott/NVD/09/USCOURTS*
**To:** Reno Docket/NVD/09/USCOURTS@USCOURTS

**Date:** Monday, July 31, 2017 09:55AM
**Subject:** Fw: Transferred case has been opened

Happy Monday!! Have a great week

----- Forwarded by Justin Matott/NVD/09/USCOURTS on 07/31/2017 09:55 AM -----

From: ECF@wawd.uscourts.gov

To: InterdistrictTransfer_NVD@nvd.uscourts.gov

Date: 07/28/2017 04:18 PM

Subject: Transferred case has been opened

```
CASE: 2:16-cv-00857

DETAILS: Case transferred from Nevada
has been opened in United States District Court for the Western District of
Washington
as case 2:17-cv-01148, filed 07/28/2017.
```